# In The United States Court of Federal Claims

## Cover Sheet

07-306 T

Plaintiff(s) or Petitioner(s) Joyce A. Rineer

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Lawrence R. Jones, Jr.

Firm Name: Townsend & Jones, LLP

Post Office Box:

Street Address: 8100 Lomo Alto, Suite 238

City-State-Zip: Dallas, Texas 75225

Telephone & Facsimile Numbers: 214-696-2661 214-764-3320 (Fax)

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes □ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes □ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: [2][2][4]

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. ______

Agency Identification Code: [ ][ ][ ]

See attached sheet for three-digit codes.

Amount Claimed: $759.00

Use estimate if specific amount is not pleaded.

Disclosure Statement:

Is a RCFC 7.1 Disclosure Statement required? □ Yes ■ No

If yes, please note that two copies are necessary.

Bid Protest:

Indicate approximate dollar amount of procurement at issue: $______

Is plaintiff a small business? □ Yes ■ No

Vaccine Case:

Date of Vaccination: ______

Related Cases:

Is this case directly related to any pending or previous case? □ Yes ■ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.