## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **JOYCE A. RINEER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 07-306 T** |
| **v.** | ) | **The Honorable Victor J. Wolski** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Jennifer P. Wilson as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows (unless filed electronically):

Jennifer P. Wilson, Esq.
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044

s/ Jennifer P. Wilson
JENNIFER P. WILSON
Trial Attorney
United States Department of Justice
Tax Division
Court of Federal Claims Section
Voice: (202) 307-6495
Fax: (202) 514-9440
jennifer.p.wilson@usdoj.gov

Dated: June 15, 2007