IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-306T
(Judge Victor J. Wolski)

JOYCE A. RINEER,

Plaintiff

v.

THE UNITED STATES,

Defendant

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant respectfully moves the Court for an enlargement of time of forty-five (45) days, from July 16, 2007, to and including August 30, 2007, within which to answer or otherwise respond to the complaint filed in this matter. This is the first enlargement of time defendant has requested for this purpose.

As reason for its motion, defendant states that the undersigned trial attorney has requested, but not yet received, the complete administrative files and transcripts of account relevant to the defense of this refund suit. Without the complete files of the IRS, defendant cannot frame responses to the allegations in the complaint or determine whether any jurisdictional matters or affirmative defenses should be raised in the answer.

In addition, rather than filing a counterclaim for the amount of the unpaid penalty

assessment against plaintiff in this suit in which only one of the two responsible persons is a party, defendant may elect to institute a collection suit against both responsible persons in the United States District Court for the Northern District of Texas. The filing of the collection suit in district court will ensure that only one trial will be required. Since this Court's rules do not allow the United States to bring a third-party action against the other responsible person in this Court and join that suit to plaintiff's suit, *see Klein v. United States,* 31 Fed. Cl. 614, 616 (1994), *aff'd on other grounds*, 60 F.3d 839 (Fed. Cir. 1995), defendant is able to bring an action against both responsible persons only in a United States district court. If suit is filed in district court, defendant will file a motion to suspend this Court's proceedings.

Defendant's attorney of record spoke with plaintiff's counsel by telephone on July 9, 2007, and he stated that plaintiff has no objection to the requested enlargement.

Respectfully submitted,

s/Jennifer P. Wilson
JENNIFER P. WILSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6495
FAX (202) 514-9440

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/ David Gustafson
Of Counsel

July 11, 2007