# In the United States Court of Federal Claims

No. 07-306T
(Filed July 12, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
**JOYCE A. RINEER,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the government's motion for an enlargement of time in which to respond to the complaint. Defendant's motion is **GRANTED**. Defendant shall respond to the complaint on or before August 30, 2007.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge