ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 23 2007
CLERK, U.S. DISTRICT COURT
By ______ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.

JOYCE A. RINEER and ROSE WASHINGTON
Defendants.

CASE NO. 3-07CV1454-L

## UNITED STATES OF AMERICA'S COMPLAINT

For its Complaint, which has been authorized and requested by a duly authorized delegate of the Secretary of the Treasury of the United States of America and directed on behalf of the Attorney General of the United States of America pursuant to 26 U.S.C. Sections 7401 and 7403, the United States of America alleges as follows.

## NATURE OF ACTION

1. This is a civil action brought by the United States of America to enter a judgment against defendants, Joyce A. Rineer and Rose Washington, for the unpaid balance of certain trust fund recovery penalty assessments made against them pursuant to 26 U.S.C. § 6672 plus statutory additions.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 26 U.S.C. §§ 7402 and 7403 and 28 U.S.C. §§ 1340 and 1345.

3. Venue of this action properly lies in this district pursuant to 28 U.S.C. Sections 1391(b) and 1396.

## THE PARTIES

4. Plaintiff is the United States of America.

5. Defendant, Joyce A. Rineer, is one of the taxpayers in this action and can be served at through her attorney, Lawrence Jones, Townsend & Jones, 8100 Lomo Alto, Suite 238, Dallas, Texas, 75225.

6. Defendant, Rose Washington, is is one of the taxpayers in this action and can be served at 602 Kari Ann Lane, Desoto, Texas, 75115, which is within the jurisdiction of this Court.

## THE TRUST FUND RECOVERY PENALTY LIABILITY

7. On April 7, 1999, a delegate of the Secretary of the Treasury made assessment against, and gave notice and demand for payment thereof to, the defendant, Joyce A. Rineer, for a total of $492,980.84, such amount representing the defendant's liability under 26 U.S.C. § 6672 for unpaid employment taxes for the third quarter of 1997 - fourth quarter of 1998 for Specialty Care, Inc.

8. On April 7, 1999, a delegate of the Secretary of the Treasury made assessment against, and gave notice and demand for payment thereof to, the defendant, Joyce A. Rineer, for a total of $89,347.71, such amount representing the defendant's liability under 26 U.S.C. § 6672 for unpaid employment taxes for the third and fourth quarters of 1997 for Specialty Care, Enterprises.

9. On April 7, 1999, a delegate of the Secretary of the Treasury made assessment against, and gave notice and demand for payment thereof to, the defendant, Rose Washington, for a total of $492,980.84, such amount representing the defendant's liability under 26 U.S.C. § 6672

for unpaid employment taxes for the third quarter of 1997 - fourth quarter of 1998 for Specialty Care, Inc.

10. On April 7, 1999, a delegate of the Secretary of the Treasury made assessment against, and gave notice and demand for payment thereof to, the defendant, Rose Washington, for a total of $89,347.71, such amount representing the defendant's liability under 26 U.S.C. § 6672 for unpaid employment taxes for the third and fourth quarters of 1997 for Specialty Care, Enterprises.

11. To date, the defendant, Joyce A. Rineer, has made payments to the Internal Revenue Service in the amount of $759.00.

12. To date, the defendant, Rose Washington, has not made any payments to the Internal Revenue Service.

13. The defendant, Joyce A. Rineer, has neglected, failed and refused to pay the full amount of the assessments described in paragraphs 7 and 8, and there remains due and owing on said assessments a total of $581,569.55 plus interest and all statutory additions thereon as provided by law.

14. The defendant, Rose Washington, has neglected, failed and refused to pay the full amount of the assessments described in paragraphs 9 and 10, and there remains due and owing on said assessments a total of $582,328.55 plus interest and all statutory additions thereon as provided by law.

**(Ten Percent Surcharge for Costs of Collection)**

15. 28 U.S.C. § 3011 authorizes the United States to recover a surcharge of 10% of the amount of the debt in the event that the United States avails itself of the pre-judgment or post

judgment relief as set forth in Subchapter B or C of the Federal Debt Collection Procedure Act, 28 U.S.C. §§3001 *et. seq.*, in order to cover the cost of processing and handling the litigation and enforcement under this chapter of the claim for such debt.

FOR THESE REASONS, the United States requests the Court to Order,

A. That Joyce A. Rineer is indebted to the United States in the amount of $581,569.55, plus interest and other statutory additions and that the United States have judgment against her for that amount;

B. That Rose Washington is indebted to the United States in the amount of $582,328.55, plus interest and other statutory additions and that the United States have judgment against her for that amount;

C. That the United States is entitled to the 10% litigation surcharge set forth in 28 U.S.C. § 3011; and,

D. That the United States have such further relief as this Court may deem just and proper, including its costs herein.

RICHARD ROPER
United States Attorney

JON E. FISHER
State Bar No. 550177-MA
Attorney, Tax Division
Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9730
(214) 880-9774 (facsimile)
Jon.Fisher@USDOJ.GOV

ATTORNEYS FOR UNITED STATES

JS 44 (Rev. 10/06) ORIGINAL

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
UNITED STATES OF AMERICA

**DEFENDANTS**
JOYCE A. RINEER and ROSE WASHINGTON

**(b)** County of Residence of First Listed Plaintiff ____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant DALLAS
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

RECEIVED
AUG 2 3 2007
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

3-07CV1454-L

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Jon E. Fisher, U.S. Dept. of Justice - Tax Division
717 N. Harwood, Ste. 400, Dallas, TX 75201
(214) 880-9730

Attorneys (If Known)
Lawrence Jones, Attorney for Joyce Rineer
Townsend & Jones, 8100 Lomo Alto, Ste. 238, Dallas, TX 75225

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☒ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

PERSONAL INJURY
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence
Habeas Corpus:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt.Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☒ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
Brief description of cause: 26 U.S.C. Sections 7401 & 7403. To reduce to judgment unpaid balance of trust fund recovery penalty assessments.

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $** 582,328.55
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

**VIII. RELATED CASE(S) PENDING OR CLOSED** (See instructions): JUDGE ____ DOCKET NUMBER ____

DATE
August 22, 2007

SIGNATURE OF ATTORNEY OF RECORD
[signature]

**FOR OFFICE USE ONLY**

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____