IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-306T
(Judge Victor J. Wolski)

JOYCE A. RINEER,

Plaintiff

v.

THE UNITED STATES,

Defendant

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully moves this Court for an enlargement of time of fourteen (14) days, from January 3, 2008, to and including January 17, 2008, within which to answer or otherwise respond to the complaint filed in this matter.

As reason for its motion, defendant states that the attorney of record in this case does not have in her possession the administrative files and materials necessary to respond to the complaint in this matter. After the United States commenced a collection action against both Joyce Rineer and Rose Washington in the Northern District of Texas and moved to suspend the suit filed by Rineer in this Court, defendant's attorney of record shipped the original administrative files and materials then in her possession to the attorney of record for the Northern District of Texas collection action, whose office is in Dallas, Texas, and did not maintain a copy of the files and materials. Upon receiving the Court's order denying the motion

by the United States to suspend proceedings, and ordering the United States to respond to plaintiff's complaint within fourteen days of the date of the order (January 3, 2008), defendant's attorney of record requested a complete copy of the administrative files and materials from the attorney of record in the Northern District of Texas on the morning of December 21, 2007. Defendant's attorney of record has been advised that the files and materials will be copied and shipped by expedited mail on December 26, 2007. Defendant's attorney of record will be out of the office from December 27, 2007, through January 2, 2008, for vacation and the national holiday, and will require approximately two weeks following her return to the office within which to review the administrative files and materials and prepare a response to plaintiff's complaint.

Pursuant to RCFC 6.1, defendant's attorney of record spoke with plaintiff's counsel by telephone on December 21, 2007, and he stated that plaintiff has no objection to the requested enlargement of time from January 3 to January 17, 2008.

Respectfully submitted,

s/Jennifer P. Wilson
JENNIFER P. WILSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6495
FAX (202) 514-9440

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/David Gustafson
Of Counsel

December 21, 2007