# In the United States Court of Federal Claims

**No. 07-306 T**

**RINEER**

**v.**

**THE UNITED STATES**

**NOTICE**

To Attorney of Record, Assistant Attorney General, and Judge :

Please take notice that in the above case there has been entered this day on the defendant's motion, filed 12/21/2007, for enlargement of time to respond to the complaint

the following order by the Clerk:

**ALLOWED.**

John S. Buckley

ACTING CLERK OF COURT