IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

No. 07-306T
(Judge Victor J. Wolski)

JOYCE A. RINEER,

Plaintiff

v.

THE UNITED STATES,

Defendant

---

PLAINTIFF'S REPLY TO DEFENDANT'S ANSWER

---

Plaintiff, in reply to Defendant's Answer, admits, denies, and alleges as follows:

FIRST ADDITIONAL DEFENSE

9. Admits that an assessment was made, but denies that the assessment was made for each quarter as alleged. The assessment was made for the period ending December 31, 1998. In making the assessment Defendant failed to give Plaintiff notice as to which periods were included in the notice.

10. Admits that an assessment was made, but denies that the assessment was made for each quarter as alleged. The assessment was made for the period ending December 31, 1997. In making the assessment Defendant failed to give Plaintiff notice as to which periods were included in the assessment.

11. Admits that Plaintiff made the payment as alleged, but that such payment was misapplied by Defendant.

12. Admits the allegations contained in paragraph 12.

13. Admits the allegations contained in paragraph 13, but alleges that Defendant failed to notify Plaintiff of the period for which the assessment was being made.

14. Denies the allegations contained in paragraph 14.

15. Denies the allegations contained in paragraph 15.

**ALTERNATIVE DEFENSE**

16. Admits the allegations contained in paragraph 16, but alleges that Defendant failed to properly advise Plaintiff of the quarters for which the assessment was being made.

17. Denies the allegations contained in paragraph 17, and alleges that based on the manner in which the assessment was made it is impossible to know for which periods the assessment was made.

18. Denies the allegations contained in paragraph 18.

19. Denies the allegations contained in paragraph 19.

Respectfully submitted,

**TOWNSEND & JONES, L.L.P.**

Dated: January 29, 2008

s/ Lawrence R. Jones, Jr.
LAWRENCE R. JONES, JR.

8100 Lomo Alto, Suite 238
Dallas, Texas 75225
(214) 696-2661
(214) 764-3320 - Fax

**ATTORNEYS FOR PLAINTIFF**