IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-306T
(Judge Victor J. Wolski)

JOYCE A. RINEER,

Plaintiff

v.

THE UNITED STATES,

Defendant

**JOINT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the parties respectfully move the Court for an enlargement of time of thirty (30) days, from March 10, 2008, to and including April 9, 2008, within which to file a Joint Preliminary Status Report, as required by this Court's rules. This is the first enlargement of time the parties have requested for this purpose.

As reason for their motion, the parties state that they are discussing the possibility of dismissing this action in light of the collection suit brought by the United States against Joyce Rineer and Rose Washington pending in the United States District Court for the Northern District of Texas. Counsel for the parties request an additional 30 days in order to continue this discussion. If the parties are unable to reach an agreement on dismissal, they will file a Joint Preliminary Status Report on or before April 9, 2008, addressing all of the issues required by

RCFC Appendix A, paragraphs 4 and 5.

Defendant's counsel conferred with plaintiff's counsel on March 10, 2008, and he stated that he approves this motion and authorizes defendant's counsel to sign on his behalf.

Respectfully submitted,

s/ Lawrence R. Jones, Jr.
LAWRENCE R. JONES, JR.
Townsend & Jones, L.L.P.
8100 Lomo Alto, Suite 238
Dallas, Texas 75225
(214) 696-2661 - telephone
(214) 764-3320 - facsimile

Attorney for Plaintiff

s/Jennifer P. Wilson
JENNIFER P. WILSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6495
FAX (202) 514-9440

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

s/ Mary M. Abate
Of Counsel

March 10, 2008