# In the United States Court of Federal Claims

No. 07-306T
(Filed March 11, 2008)

* * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| **JOYCE A. RINEER,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court has reviewed the parties' joint motion for an enlargement of time of thirty days within which to file their joint preliminary status report as required by Appendix A, ¶¶ 4-5, of the Rules of the Court of Federal Claims. The parties' motion is **GRANTED**. The parties shall file the joint preliminary status report on or before **April 9, 2008**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge