ORIGINAL

FILED
MAR 27 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-306T
(Judge Victor J. Wolski)

JOYCE A. RINEER,

Plaintiff

v.

THE UNITED STATES,

Defendant

**STIPULATION FOR DISMISSAL**

It is hereby stipulated and agreed that the complaint in the above-entitled case be dismissed without prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

It is further stipulated and agreed that the parties intend that the dismissal of this action have no effect on the suit pending in *United States v. Rineer and Washington* (N.D.Tex.. 3:07-cv-01454), filed on August 23. 2007.

It is further stipulated and agreed that plaintiff will not file a suit in this Court based on the issue of her liability for penalties imposed under § 6672 of the Internal Revenue Code with respect to unpaid employment taxes of Specialty Care Enterprises for the third and/or fourth quarters of 1997, or Specialty Care Inc. for the third and/or fourth quarters of 1997 or any of the quarters of 1998.

Respectfully submitted,

3/26/08
Date

LAWRENCE R. JONES, JR.
8100 Lomo Alto, Suite 238
Dallas, Texas 75225
Telephone: (214) 696-2661
Facsimile: (214) 764-3320

*Attorney for Plaintiff*

3/27/08
Date

JENNIFER P. WILSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Telephone: 202-307-6495
Facsimile: 202-514-9440
E-mail: jennifer.p.wilson@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistance Chief

3/27/08
Date

Of Counsel

CERTIFICATE OF SERVICE

I certify that service of the foregoing document has, this 27th day of March, 2008, been made on plaintiff's counsel by mailing a copy thereof, in a postage paid envelope, to the following address:

Lawrence R. Jones, Jr.,
8100 Lomo Alto, Suite 238
Dallas, Texas 75225

U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6440